IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTEN GOLDSTEIN-SHAFKOWITZ *et al.*, *Plaintiffs* | : : : : | CIVIL ACTION |
| v. | : : | |
| BLOOMINGDALES, LLC *et al.*, *Defendants* | : : | No. 20-5726 |

## ORDER

AND NOW, this 11th day of June, 2021, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1